# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DANIEL RAMIREZ AGREDA,

Petitioner,

v.

WARDEN, CALIFORNIA CITY CORRECTIONAL CENTER,

Respondent.

Case No. 1:26-cv-05914-KES-EPG-HC

ORDER DIRECTING RESPONDENTS TO FILE TRANSCRIPT AND/OR RECORDING OF BOND HEARING

The Court finds that a transcript and/or recording of the September 12, 2025 bond hearing would assist the Court in this matter.

Accordingly, the Court DIRECTS Respondents to file a transcript and/or recording of the May 15, 2026 bond hearing **within seven (7) days** of the date of service of this order.

IT IS SO ORDERED.

Dated: **November 24, 2026**

/s/ Eric P. Grosjean

UNITED STATES MAGISTRATE JUDGE